```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNIVERSAL DELAWARE, INC.,         )
   doing business as              )   Civil Action
   GAP TRUCK STOP, on Behalf      )   No. 07-CV-01078
   of Itself and All Others       )
   Similarly Situated,            )
                                  )
                Plaintiffs        )
                                  )
          vs.                     )
                                  )
COMDATA CORPORATION,              )
                                  )
                Defendant         )

                        *    *    *

GERALD F. KRACHEY,                )
   doing business as              )   Civil Action
   KRACHEY'S BP SOUTH, on Behalf  )   No. 07-CV-01732
   of Itself and All Others       )
   Similarly Situated,            )
                                  )
                Plaintiffs        )
                                  )
          vs.                     )
                                  )
CERIDIAN CORPORATION; and         )
COMDATA CORPORATION,              )
                                  )
                Defendants        )

                        *    *    *

NUWAY COOPERATIVE, on Behalf      )
   of Itself and All Others       )   Civil Action
   Similarly Situated,            )   No. 07-CV-01734
                                  )
                Plaintiffs        )
                                  )
          vs.                     )
                                  )
CERIDIAN CORPORATION; and         )
COMDATA CORPORATION,              )
                                  )
                Defendants        )

                        *    *    *
```

```
WALT WHITMAN TRUCK STOP, INC.,   )
  on Behalf of Itself and All    )   Civil Action
  Others Similarly Situated,     )   No. 07-CV-02829
                                 )
            Plaintiff            )
                                 )
       vs.                       )
                                 )
CERIDIAN CORPORATION; and        )
COMDATA CORPORATION,             )
                                 )
            Defendants           )
```

O R D E R

NOW, this 4th day of March, 2008, upon consideration of the Notice of Related Actions filed February 5, 2008 by plaintiffs; it appearing the Pretrial Order No. 1 Regarding Consolidation and Management of Litigation of the undersigned dated April 26, 2007 created a Master Docket and consolidated numerous civil actions into civil action 07-CV-1078; it further appearing that civil actions 07-CV-1732, 07-CV-1734 and 07-CV-2829 involve questions of fact and law common to civil action 07-CV-1078; after Rule 16 Status Conference and by agreement of counsel,

IT IS ORDERED that civil actions 07-CV-1732, 07-CV-1734 and 07-CV-2829 are consolidated into civil action 07-CV-1078 for all purposes.

BY THE COURT:


 /s/ James Knoll Gardner
James Knoll Gardner
United States District Judge